1  THOMAS J. GRIFFIN (BAR NUMBER 141694)
   RAYMOND J. MURO (BAR NUMBER 259871)
2  NELSON ◊ GRIFFIN LLP
   800 West 6th Street, Suite 788
3  Los Angeles, California  90017
   Telephone:    (213) 833-0155
4  Facsimile:    (213) 833-0160

5  Attorneys for Defendant
   PRECHECK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>vs.<br><br>M-I LLC, a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation, and Does 1 through 10,<br><br>　　　Defendants. | Case No. 1:14-cv-00742-BAM<br><br>**DEFENDANT PRECHECK, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>*[Filed concurrently with Memorandum of Points and Authorities, Notice of Constitutional Challenge (F.R.C.P. 5.1), Request for Judicial Notice, Declaration of Raymond Muro, Declaration of Vu Do, Notice of Lodging, & Proposed Order]*<br><br>Hearing Date:　　August 1, 2014<br>Time:　　　　　　9:00 a.m.<br>Courtroom:　　　　8<br>Judge:　　　　　　Hon. Magistrate Barbara McAuliffe |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** on August 1, 2014, at 9:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 8 of the above entitled Court, located at 2500 Tulare Street, 6th Floor, Fresno, California 93721, Defendant PreCheck, Inc. ("PreCheck") will and hereby does move the Court for an order granting its Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6).

This Motion is made on the grounds that Plaintiff's first claim under the Fair Credit Reporting Act (15 U.S.C. §§ 1681, *et seq*.) fails because: (1) it is barred by the statute of limitations (15 U.S.C. § 1681p); (2) Plaintiff fails to allege a violation of 15 U.S.C. § 1681b(b)(2)'s disclosure requirements; (3) Plaintiff fails to allege a violation of 15 U.S.C. § 1681b(b)(1)'s certification requirements; and (4) Plaintiff fails to allege a *willful* violation of the FCRA as required by Safeco Ins. Co. of Am. v. Burr, 551 U.S. 47 (2007).

Further, Plaintiff's second claim under California's Investigative Consumer Reporting Agencies Act ("ICRAA") (Cal. Civ. Code §§ 1786, *et seq*.) fails because: (1) it is barred by the statute of limitations (Cal. Civ. Code § 1786.50); (2) Plaintiff cannot bring a claim under the ICRAA simultaneously with a FCRA claim based on the same facts (Cal. Civ. Code § 1786.52(a)); (3) Plaintiff fails to allege a violation of Cal. Civ. Code § 1786.16's disclosure requirements; and (4) as applied, ICRAA is unconstitutionally vague (*see* Roe v. Lexisnexis Risk Solutions, Inc., 2013 U.S. Dist. LEXIS 88936 (C.D. Cal. Mar. 19, 2013) (motion for judgment on the pleadings granted; ICRAA held to be unconstitutionally vague as applied to a criminal background check report furnished by a background check provider to a job applicant's prospective employer, as the criminal information in the report clearly subjected it to the CCRAA as well as the ICRAA; Moran v. Screening Pros, LLC, 2012 U.S. Dist. LEXIS 158598 (C.D. Cal. Sept. 28, 2012) (motion to dismiss ICRAA claim granted; ICRAA held to be unconstitutionally vague as it applied to screening reports containing criminal history information, as it cannot be discerned whether the information is governed by the ICRAA, or by the CCRAA).

Finally, Plaintiff's claim for injunctive relief fails because: (1) private litigants may not obtain injunctive relief under the FCRA (Washington v. CSC Credit Servs., 199 F.3d 263 (5th Cir. La. 2000)); and (2) the ICRAA does not empower a consumer with the right to pursue injunctive relief (Cal. Civ.

1 Code § 1786.50).

2   This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Notice of Constitutional Challenge (F.R.C.P. Rule 5.1), the concurrently filed Request for Judicial Notice, Declaration of Raymond Muro, Declaration of Vu Do, and the [Proposed] Order, filed and/or lodged concurrently herewith, all pleadings and documents on file in this matter, and on such other and further evidence or argument as may be presented at or before the hearing on this matter.

Date: June 27, 2014

NELSON ◊ GRIFFIN LLP

By: /s/ 
THOMAS J. GRIFFIN
RAYMOND J. MURO
Attorneys for Defendant
PRECHECK, INC.