| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | GEORGE A. STOHNER (SBN 214508)<br>gstohner@morganlewis.com |
| 3 | 77 West Wacker Drive<br>Chicago, IL  60601-5094 |
| 4 | Tel:   312.324.1000<br>Fax:  312.324.1001 |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | JASON S. MILLS (SBN 225126)<br>jmills@morganlewis.com |
| 7 | ALEXANDER M. CHEMERS (SBN 263726)<br>achemers@morganlewis.com |
| 8 | 300 South Grand Avenue<br>Twenty-Second Floor |
| 9 | Los Angeles, CA  90071-3132<br>Tel:   213.612.2500 |
| 10 | Fax:  213.612.2501 |
| 11 | Attorneys for Defendant<br>M-I L.L.C. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>M.I., L.L.C. a Delaware Limited Liability Company, doing business as M-I SWACO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:14-cv-00742-BAM<br><br>**DEFENDANT M-I L.L.C.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>Date:          August 15, 2014<br>Time:         9:00 a.m.<br>Courtroom: 8<br>Judge:        Hon. Barbara McAuliffe |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF SARMAD SYED AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 15, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 8 of the above-entitled Court, located at 2500 Tulare Street, Fresno, California 93721, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant M-I L.L.C. ("M-I") will and hereby does move the Court to dismiss with prejudice in its entirety Plaintiff Sarmad Syed's ("Plaintiff") Complaint.

Plaintiff's claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, and California's Investigative Consumer Reporting Agencies Act ("ICRAA"), Cal. Civ. Code § 1786 *et seq.*, are barred by the two-year statute of limitations period. Specifically, Plaintiff had notice of the alleged violations of the FCRA and ICRAA on July 20, 2011, the date that he reviewed and signed the "Pre-Employment Disclosures & Release." Although Plaintiff "discovered" the alleged violations on that date, he waited until May 15, 2014 to file this action. Thus, his claims are time barred and should be dismissed. *See, e.g., Bittick v. Experian Info. Solutions, Inc.*, 419 F. Supp. 2d 917, 919 (N.D. Tex. 2006)

Plaintiff's ICRAA claim should be dismissed for the further reason that M-I cannot be subjected to liability under both the FCRA and ICRAA on the same claim. *See* Cal. Civ. Code § 1786.50 (a "user of information against whom an action brought pursuant to Section 1681n or 1681o of Title 15 of the United States Code is pending shall not be subject to suit for the same act or omission under Section 1786.50"). In addition, the ICRAA is unconstitutionally vague and void as to M-I, because reasonable persons cannot determine whether the criminal history included in Plaintiff's background check is information subject to the ICRAA or Consumer Credit Reporting Agencies Act. *See Trujillo v. First American Registry, Inc.*, 157 Cal. App. 4th 628, 640 (2007) ("the ICRAA is unconstitutionally vague").

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 80020950.1

1

NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. 14-CV-00742-BAM

1   Finally, Plaintiff's claim for injunctive relief fails because only the Federal
2   Trade Commission, and not individual litigants, has the power to pursue injunctive
3   relief under the FCRA.  *See, e.g., Washington v. CSC Credit Servs*., 199 F.3d 263
4   (5th Cir. 2000) (private litigants may not obtain injunctive relief under the FCRA).
5   This motion is based upon this Notice, the accompanying Memorandum of
6   Points and Authorities, Request for Judicial Notice, the pleadings and records on
7   file herein, and on such other and further argument and evidence as may be
8   presented at the time of the hearing and all matters of which this Court may take
9   judicial notice.

10  Dated:      July 16, 2014          MORGAN, LEWIS & BOCKIUS LLP

11                                     By    /s/ Alexander M. Chemers
12                                        ALEXANDER M. CHEMERS
                                          Attorneys for Defendant
13                                        M-I L.L.C.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 80020950.1

2

NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. 14-CV-00742-BAM