1   MORGAN, LEWIS & BOCKIUS LLP
    GEORGE A. STOHNER (SBN 214508)
2   gstohner@morganlewis.com
    77 West Wacker Drive
3   Chicago, IL  60601-5094
    Tel:   312.324.1000
4   Fax:   312.324.1001

5   MORGAN, LEWIS & BOCKIUS LLP
    JASON S. MILLS (SBN 225126)
6   jmills@morganlewis.com
    ALEXANDER M. CHEMERS (SBN 263726)
7   achemers@morganlewis.com
    300 South Grand Avenue
8   Twenty-Second Floor
    Los Angeles, CA  90071-3132
9   Tel:   213.612.2500
    Fax:   213.612.2501

10
    Attorneys for Defendant
11  M-I L.L.C.

12                  UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14

15

16  SARMAD SYED, individually, and          Case No. 1:14-cv-00742-BAM
    on behalf of all others similarly
17  situated,                               **DEFENDANT M-I L.L.C.'S NOTICE
                                            OF MOTION AND  AMENDED
18                          Plaintiff,       MOTION TO DISMISS PLAINTIFF'S
                                            COMPLAINT PURSUANT TO
    vs.                                     F.R.C.P. 12(b)(6)**

19
    M.I., L.L.C. a Delaware Limited         Date:        August 15, 2014
20  Liability Company, doing business as    Time:        9:00 a.m.
    M-I SWACO; and DOES 1 through           Courtroom:   8
21  10, inclusive,                          Judge:       Hon. Barbara McAuliffe

22                          Defendants.

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
   LOS ANGELES

DB1/ 80075388.1

NOM AND AMENDED  MOTION TO DISMISS
CASE NO. 14-CV-00742-BAM

1    **TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN**

2    **DISTRICT OF CALIFORNIA AND TO PLAINTIFF SARMAD SYED AND**

3    **HIS ATTORNEYS OF RECORD:**

4         **PLEASE TAKE NOTICE THAT** on August 15, 2014 at 9:00 a.m., or as

5    soon thereafter as counsel may be heard in Courtroom 8 of the above-entitled

6    Court, located at 2500 Tulare Street, Fresno, California 93721, pursuant to Federal

7    Rule of Civil Procedure 12(b)(6), Defendant M-I L.L.C. ("M-I") will and hereby

8    does move the Court to dismiss with prejudice in its entirety Plaintiff Sarmad

9    Syed's ("Plaintiff") Complaint.

10         Plaintiff's claims under the Fair Credit Reporting Act ("FCRA"),

11   15 U.S.C. § 1681 *et seq.*, and California's Investigative Consumer Reporting

12   Agencies Act ("ICRAA"), Cal. Civ. Code § 1786 *et seq.*, are barred by the two-year

13   statute of limitations period.  Specifically, Plaintiff had notice of the alleged

14   violations of the FCRA and ICRAA on July 20, 2011, the date that he reviewed and

15   signed the "Pre-Employment Disclosures & Release."  Although Plaintiff

16   "discovered" the alleged violations on that date, he waited until May 15, 2014 to

17   file this action.  Thus, his claims are time barred and should be dismissed.  *See, e.g.,*

18   *Bittick v. Experian Info. Solutions, Inc*., 419 F. Supp. 2d 917, 919 (N.D. Tex. 2006)

19         Plaintiff's ICRAA claim should be dismissed for the further reason that the

20   ICRAA is unconstitutionally vague and void as to M-I, because reasonable persons

21   cannot determine whether the criminal history included in Plaintiff's background

22   check is information subject to the ICRAA or Consumer Credit Reporting Agencies

23   Act.  *See Trujillo v. First American Registry, Inc*., 157 Cal. App. 4th 628, 640

24   (2007) ("the ICRAA is unconstitutionally vague"). [1]

25         Finally, Plaintiff's claim for injunctive relief fails because only the Federal

26   Trade Commission, and not individual litigants, has the power to pursue injunctive

27

28

_____

[1] M-I hereby amends its motion, originally filed July 16, 2014, to omit the
discussion previously found at Section V.A.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 80075388.1                                    1                    NOM AND AMENDED  MOTION TO DISMISS
CASE NO. 14-CV-00742-BAM

1  relief under the FCRA.  *See, e.g., Washington v. CSC Credit Servs*., 199 F.3d 263

2  (5th Cir. 2000) (private litigants may not obtain injunctive relief under the FCRA).

3  This motion is based upon this Notice, the accompanying Memorandum of

4  Points and Authorities, Request for Judicial Notice, the pleadings and records on

5  file herein, and on such other and further argument and evidence as may be

6  presented at the time of the hearing and all matters of which this Court may take

7  judicial notice.

8  Dated:   July 18, 2014          MORGAN, LEWIS & BOCKIUS LLP

9

10          By___/s/ Alexander M. Chemers_____
                ALEXANDER M. CHEMERS
11              Attorneys for Defendant
                M-I L.L.C.
12

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 80075388.1

2

NOM AND AMENDED  MOTION TO DISMISS
CASE NO. 14-CV-00742-BAM