THOMAS J. GRIFFIN (BAR NUMBER 141694)
RAYMOND J. MURO (BAR NUMBER 259871)
NELSON ◊ GRIFFIN LLP
800 West 6th Street, Suite 788
Los Angeles, California  90017
Telephone:	(213) 833-0155
Facsimile:	(213) 833-0160

Attorneys for Defendant
PRECHECK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>vs.<br><br>M-I LLC, a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation, and Does 1 through 10,<br><br>　　　Defendants. | Case No. 1:14-cv-00742-WBS-BAM<br><br>**DEFENDANT PRECHECK, INC.'S NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [F.R.C.P. 12(b)(6)], OR IN THE ALTERNATIVE, STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT [F.R.C.P. 12(f)]**<br><br>*[Filed concurrently with Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Raymond Muro, Notice of Lodging, & Proposed Order]*<br><br>Hearing Date:　October 20, 2014<br>Time:　2:00 p.m.<br>Courtroom:　5<br>Judge:　Hon. William B. Shubb |

1

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

I:\090\1437\MOT Dismiss FAC\Syed MOT Dismiss FAC . Notice. rjm.doc

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on October 20, 2014, at 2:00 p.m., or as soon thereafter as this matter may be heard in Courtroom 5 of the above entitled Court, located at 501 I St., Sacramento, California 95814, Defendant PreCheck, Inc. ("PreCheck") will and hereby does move the Court for an order granting its Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), or in the alternative, its Motion to Strike Portions of the First Amended Complaint pursuant to Fed. R. Civ. P. 12(f).

This Motion is made on the grounds that Plaintiff's claim against PreCheck under the Fair Credit Reporting Act (15 U.S.C. §§ 1681, *et seq*.) fails because: (1) it is barred by the statute of limitations (15 U.S.C. § 1681p); (2) Plaintiff fails to allege a violation of 15 U.S.C. § 1681b(b)(1)'s certification requirements; and (3) Plaintiff fails to allege a *willful* violation of the FCRA as required by Safeco Ins. Co. of Am. v. Burr, 551 U.S. 47 (2007).

Alternatively, this Motion is made on the grounds that Plaintiff's proposed "PreCheck Class" constitutes an improper "fail-safe" class because membership in the proposed class requires a threshold legal inquiry necessarily based upon a determination of liability. *See* Brazil v Dell, Inc., 585 F. Supp. 2d 1158 (N.D. Cal. 2008); *see also* Sanders v. Apple, Inc., 672 F. Supp. 2d 978, 990 (N.D. Cal. 2009) ("Where the complaint demonstrates that a class action cannot be maintained on the facts alleged, a defendant may move to strike class allegations prior to discovery").

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice, Declaration of Raymond Muro, and the [Proposed] Order, filed and/or lodged concurrently herewith, all pleadings and documents on file in this matter, and on such other and further evidence or argument as may be presented at or before the hearing on this matter.

///

///

///

///

///

2

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

I:\090\1437\MOT Dismiss FAC\Syed MOT Dismiss FAC . Notice. rjm.doc

1
2  Date:  September 19, 2014                    NELSON ◊ GRIFFIN LLP
3
4                                               By: _____
5                                                   THOMAS J. GRIFFIN
                                                    RAYMOND J. MURO
6                                                   Attorneys for Defendant
                                                    PRECHECK, INC.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE,
STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT
I:\090\1437\MOT Dismiss FAC\Syed MOT Dismiss FAC . Notice. rjm.doc

# PROOF OF SERVICE
## SYED v. M-I, LLC, et al.
## Case Number 1:14-CV-00742–BAM

I am a resident of the State of California, over the age of eighteen years, and not a not a party to the within action. My business address is NELSON ◊ GRIFFIN LLP, 800 West 6th Street, Suite 788, Los Angeles, California 90017. On September 19, 2014, I served the within document(s):

**DEFENDANT PRECHECK, INC.'S NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [F.R.C.P. 12(b)(6)], OR IN THE ALTERNATIVE, STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT [F.R.C.P. 12(f)]**

**DEFENDANT PRECHECK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [F.R.C.P. 12(b)(6)], OR IN THE ALTERNATIVE, STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT [F.R.C.P. 12(f)]**

**DEFENDANT PRECHECK, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [F.R.C.P. 12(b)(6)], OR IN THE ALTERNATIVE, STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT [F.R.C.P. 12(f)]**

**DECLARATION OF RAYMOND MURO IN SUPPORT OF DEFENDANT PRECHECK, INC.' S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [F.R.C.P. 12(b)(6)], OR IN THE ALTERNATIVE, STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT [F.R.C.P. 12(f)]**

**NOTICE OF LODGING OF [PROPOSED] ORDER**

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT**

☒ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically to be posted to the website and notice given to all parties that the documents has been served.

☒ [Federal]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 19, 2014, at Los Angeles, California.

_____
MYRNA MARTINEZ

Nelson ◊ Griffin — TRIAL ATTORNEYS

I:\090\1437\POS.Electronic.wpd

SYED v. M-I, LLC, et al.
Case Number 1:14-CV-00742–BAM

## SERVICE LIST

Lonnie C. Blanchard, III Esq.
BLANCHARD LAW GROUP, APC
3311 East Pico Blvd.
Los Angeles, CA 90023
Email: lonnieblanchard@gmail.com

Telephone: (213) 599-8255
Facsimile: (213) 402-3949
Counsel for Plaintiff Sarmad Syed

Peter R. Dion-Kindem, Esq.
Peter R. Dion-Kindem, P.C.
21550 Oxnard Street, Suite 900
Woodland Hills, CA 91367
Email: peter@dion-kindemlaw.com

Telephone: (818) 883-4900
Facsimile: (818) 883-4902
Counsel for Plaintiff Sarmad Syed

Alexander M. Chemers, Esq.
email: achemers@morganlewis.com
George A. Stohner, Esq.
email: gstohner@morganlewis.com
Jason Mills, Esq.
email: jmills@morganlewis.com
Morgan Lewis & Bockius LLP
300 S. Grand Ave., 22nd floor,
Los Angeles, CA 90071
email: achemers@morganlewis.com

Telephone: (213) 612-7355
Facsimile: (213) 612-2501
Counsel for Defendant M-I, L.L.C