MORGAN, LEWIS & BOCKIUS LLP
GEORGE A. STOHNER (SBN 214508)
gstohner@morganlewis.com
77 West Wacker Drive
Chicago, IL 60601-5094
Tel: 312.324.1000
Fax: 312.324.1001

MORGAN, LEWIS & BOCKIUS LLP
JASON S. MILLS (SBN 225126)
jmills@morganlewis.com
ALEXANDER M. CHEMERS (SBN 263726)
achemers@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendant
M-I L.L.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>M.I., L.L.C. a Delaware Limited Liability Company, doing business as M-I SWACO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:14-cv-00742-WBS-BAM<br><br>**DEFENDANT M-I L.L.C'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>Date: October 20, 2014<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 80732793.1

MOTION TO DISMISS FAC
CASE NO. 14-CV-00742-BAM

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF SARMAD SYED AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 20, 2014 at 2:00 p.m., or as soon thereafter as counsel may be heard in Courtroom 5 of the above-entitled Court, located at 501 I Street, Sacramento, California 95814, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant M-I L.L.C. ("M-I") will and hereby does move the Court to dismiss with prejudice in its entirety Plaintiff Sarmad Syed's ("Plaintiff") First Amended Complaint ("FAC").

Plaintiff fails to state a plausible claim to relief under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* In the FAC, Plaintiff seeks statutory and punitive damages, which require a showing that M-I not only violated the FRCA but that its conduct was "objectively unreasonable." As this Court already confirmed in its Memorandum and Order Re: Motion to Dismiss [August 28, 2014, Dkt No. 34, p. 7], it "cannot conclude that [M-I's] interpretation of the requirement that the disclosure appear on a form consisting 'solely of the disclosure' is erroneous, let alone 'objectively unreasonable.'" Plaintiff has not (and cannot) amend his complaint to cure this defect. Thus, his FCRA claim fails as a matter of law.

In the alternative, Plaintiff's FCRA claim should be dismissed because it is barred by the FCRA's two-year statute of limitations period. Specifically, Plaintiff had notice of the alleged violations of the FCRA on July 20, 2011, the date that he reviewed and signed the "Pre-Employment Disclosures & Release." Although Plaintiff "discovered" the alleged violations on that date, he waited until May 15, 2014 to file this action. Thus, his claims are time barred and should be dismissed. *See, e.g., Bittick v. Experian Info. Solutions, Inc.*, 419 F. Supp. 2d 917, 919 (N.D. Tex. 2006)

This motion is based upon this Notice, the accompanying Memorandum of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Points and Authorities, the previously filed Request for Judicial Notice [Dkt No. 20], the pleadings and records on file herein, and on such other and further argument and evidence as may be presented at the time of the hearing and all matters of which this Court may take judicial notice.

Dated: September 19, 2014    MORGAN, LEWIS & BOCKIUS LLP

By /s/ Alexander M. Chemers
ALEXANDER M. CHEMERS
Attorneys for Defendant
M-I L.L.C.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

MOTION TO DISMISS FAC
CASE NO. 14-CV-00742-BAM

DB1/ 80732793.1