UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>      vs.<br><br>M-I LLC, a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation, and Does 1 through 10,<br><br>      Defendants. | **Case No. 14-CV-00742-WBS-BAM**<br>**CLASS ACTION**<br><br>**Judgment Dismissing With Prejudice First Amended Complaint as to Defendant M-I, LLC Pursuant to Rule 54(b)** |

Pursuant to the Stipulation of the Parties, good cause appearing, and the Court expressly finding that there is no just reason for delay, IT IS SO ORDERED AND ADJUDGED that:

For the reasons set forth in the Court's October 23, 2014 Memorandum and Order Re: Motion to Dismiss, Defendant M-I, LLC's motion to dismiss is granted without leave to amend and with prejudice.

Final judgment in the above-captioned action is entered in favor of Defendant M-I, LLC and against Plaintiff Sarmad Syed.

Dated:  November 3, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Judgment of Dismissal Pursuant to Rule 54(b) Dismissing First Amended Complaint as to Defendant M-I, LLC**

1