1  THOMAS J. GRIFFN (BAR NUMBER 141694)
   RAYMOND J. MURO (BAR NUMBER 259871)
2  NELSON ◊ GRIFFIN LLP
   800 West 6th Street, Suite 788
3  Los Angeles, California  90017
   Telephone:    (213) 833-0155
4  Facsimile:    (213) 833-0160
   Email:        tgriffin@nelsongriffin.com
5                rmuro@nelsongriffin.com

6  Attorneys for Defendants
   PRECHECK, INC.
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

| Sarmad Syed, an individual, on behalf of himself and all others similarly situated, | Case No. 1:14-cv-00742-WBS-BAM |
|---|---|
| Plaintiff, | Assigned for all purposes to:<br>Hon. William B. Shubb, Courtroom 5 |
| vs.<br>M-I LLC, a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation, and Does 1 through 10, | **ORDER**<br>**Re: REQUEST TO APPEAR TELEPHONICALLY AT PLANNING CONFERENCE** |
| Defendants. | Date:   November 24, 2014<br>Time:  2:00 p.m.<br>Place:  Courtroom 5 |

Having reviewed the request of Defendant PRECHECK, INC.'s counsel to appear telephonically at the planning conference scheduled for November 24, 2014, at 2:00 p.m., and good cause appearing, IT IS SO ORDERED.  The courtroom deputy shall email counsel with instructions on how to participate in the conference call.

Dated:  November 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**1**
**REQUEST TO APPEAR TELEPHONICALLY AT PLANNING CONFERENCE**