PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:    (818) 883-4900
Fax:              (818) 883-4902
Email:           peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:    (213) 599-8255
Fax:              (213) 402-3949
Email:           lonnieblanchard@gmail.com

Attorneys for Plaintiff Sarmad Syed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>M-I LLC, a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation, and Does 1 through 10,<br><br>    Defendants. | Case No. 1:14-cv-00742-WBS-BAM<br><br>**Order to Request to Appear Telephonically at the Planning Conference**<br><br>**Date:** November 24, 2014<br>**Time:** 2:00 pm<br>**Place:** Courtroom 5 |

Having reviewed the request of Plaintiff's counsel to appear telephonically at the planning conference scheduled for November 24, 214 at 2:00 pm, and good cause appearing, IT IS SO ORDERED. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  November 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[Proposed] Order to Request to Appear Telephonically at the Planning Conference**

1