LARRY R. NELSON (BAR NUMBER 97291)
RAYMOND J. MURO (BAR NUMBER 259871)
NELSON ◊ GRIFFIN LLP
800 West 6th Street, Suite 788
Los Angeles, California  90017
Telephone:     (213) 833-0155
Facsimile:     (213) 833-0160

Attorneys for Defendant
PRECHECK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>M-I LLC, a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation, and Does 1 through 10,<br><br>    Defendants. | Case No. 1:14-cv-00742-WBS-BAM<br><br>**STIPULATION TO STAY CASE PENDING SUPREME COURT DECISION IN <u>SPOKEO, INC. v. ROBINS</u>;**<br>**[PROPOSED] ORDER STAYING CASE** |

COME NOW, Plaintiff SARMAD SYED and Defendant PRECHECK, INC. ("PreCheck" or "Defendant"), by and through their undersigned counsel, and hereby stipulate to, and move the Court for an order staying the case pending a decision by the United States Supreme Court in <u>Spokeo, Inc. v. Robins</u>, No. 13-1339.

On April 27, 2015, the Supreme Court granted the petition for certiorari in <u>Spokeo</u>. The Supreme Court's decision in <u>Spokeo</u> will address the potentially dispositive issue of whether Congress may confer Article III standing upon a plaintiff who suffers no concrete harm, and who therefore could not otherwise invoke the jurisdiction of a federal court, by authorizing a private right of action based on a bare violation of a federal statute.

In <u>Spokeo</u>, the complaint alleged a violation of provisions of the Fair Credit Reporting Act

("FCRA"). As in Spokeo, Plaintiff SYED's complaint alleges statutory violations of the FCRA, and seeks only statutory damages. Resolution of Spokeo and the standing issue is therefore critical to and potentially dispositive of the present action.

In light of the uncertainty in the law posed by the Supreme Court's grant of certiorari in Spokeo, the parties have agreed to mediate this matter, and mediation is currently scheduled for July 21, 2015, with mediator Joan Kessler, Esq.

The parties also hereby stipulate to, and move for, the following:

1. That the case be stayed pending the earlier of resolution of the case by the parties, or resolution of Spokeo in the Supreme Court;

2. That all motion and discovery cut-off dates be vacated pending the earlier of resolution of the case by the parties, or resolution of Spokeo in the Supreme Court; and

3. That the trial date be vacated pending the earlier of resolution of the case by the parties, or resolution of Spokeo in the Supreme Court.

**IT IS SO STIPULATED.**

Date: May 28, 2015

THE DION-KINDEM LAW FIRM

BY: _____
PETER R. DION-KINDEM, P.C.
PETER R. DION-KINDEM
Attorney for Plaintiff Sarmad Syed

Date: May 28, 2015

NELSON ◊ GRIFFIN LLP

By: _____
LARRY R. NELSON
RAYMOND J. MURO
Attorneys for Defendant
PRECHECK, INC.

### [Proposed] ORDER

Pursuant to the parties' stipulation and motion, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. This action is stayed in its entirety, until further order by the Court, to be entered after the Supreme Court's decision in <u>Spokeo, Inc. v. Robins</u>, No. 13-1339;

2. All motion and discovery cut-off dates be vacated, until further order by the Court, to be entered after the earlier of notice by the parties that they have resolved the case, or the Supreme Court's decision in <u>Spokeo, Inc. v. Robins</u>, No. 13-1339;

3. The trial date be vacated, until further order by the Court, to be entered after the earlier of notice by the parties that they have resolved the case, or the Supreme Court's decision in <u>Spokeo, Inc. v. Robins</u>, No. 13-1339; and

4. The parties are to notify the Court once they have resolved the case or the Supreme Court has entered a decision in <u>Spokeo, Inc. v. Robins</u>, No. 13-1339.

**IT IS SO ORDERED.**

Dated: _____       _____
HON. WILLIAM B. SHUBB
Senior United States District Judge
Eastern District of California