UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SARMAD SYED, an individual, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>M-I LLC, a Delaware Limited Liablity Company; PRECHECK, INC., a Texas Corporation; and DOES 1-10,<br><br>        Defendants. | CIV. NO. 1:14-742 WBS BAM<br><br>ORDER |

----oo0oo----

The court is in receipt of the Ninth Circuit's March 20, 2017 Order and Amended Opinion reversing this court's dismissal of Plaintiff's First Amended Complaint, as well as the parties' Joint Status Report filed April 10, 2017. In light of defendant M-I LLC's representation that it intends to file a petition for a writ of certiorari with the United States Supreme Court and its request for a stay of all proceedings until the

1

| | |
|---|---|
| 1 | Supreme Court addresses the petition, the court hereby ORDERS |
| 2 | that the Status Conference currently set for April 24, 2017 is |
| 3 | reset for Monday, May 8, 2017 at 1:30 p.m. in Courtroom 5.  No |
| 4 | later than May 1, 2017, the parties shall meet and confer and |
| 5 | submit a Joint Status Report.  The Joint Status Report shall set |
| 6 | forth the parties' positions, and any authorities in support, |
| 7 | regarding whether this court should stay proceedings pending the |
| 8 | Supreme Court's consideration of any petition for writ of |
| 9 | certiorari.  The Joint Status Report shall also address any other |
| 10 | issues that the parties think need to be addressed at the May 8, |
| 11 | 2017 Status Conference. |
| 12 | IT IS SO ORDERED. |
| 13 | Dated:  April 17, 2017 |

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE