PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone: (818) 883-4900
Fax: (818) 883-4902
Email: peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone: (213) 599-8255
Fax: (213) 402-3949
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Sarmad Syed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>M-I LLC, a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation, and Does 1 through 10,<br><br>　　　Defendants. | **Case No. 1:14-cv-00742-WBS-BAM**<br><br>**Order Granting Request to Appear Telephonically at the Status Conference**<br><br>Date: August 21, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 5 |

　　Having reviewed the request to appear telephonically to the Status conference held on August 21, 2017 at 1:30 p.m. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: August 14, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[Proposed] Order to Request to Appear Telephonically to the Status Conference

1