1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10
                             ----oo0oo----
11

12   SARMAD SYED, an individual,        CIV. NO. 1:14-742 WBS BAM
     on behalf of himself and all
13   others similarly situated,          ORDER

14              Plaintiffs,

15        v.

16   M-I LLC, a Delaware Limited
     Liablity Company; PRECHECK,
17   INC., a Texas Corporation;
     and DOES 1-10,
18
                Defendants.
19

20
                             ----oo0oo----
21

22        The court is in receipt of the parties' Joint Status

23   Report dated August 14, 2017.  (Docket No. 98).  The court

24   previously stayed the case until August 21, 2017 based on the

25   agreement of the parties at the status conference held on May 8,

26   2017.  (Docket No. 97).  Defendant M-I, LLC ("M-I") has since

27   filed a petition for writ of certiorari with the United States

28
                                 1

1 | Supreme Court, and the parties jointly request a further stay of
2 | proceedings until the Supreme Court rules on the petition.
3 |       In light of the parties' agreement, the court hereby
4 | ORDERS that this case be stayed pending resolution of M-I's
5 | Supreme Court petition.  The status conference set for August 21,
6 | 2017 is hereby RESET for October 23, 2017 at 1:30 p.m. in
7 | Courtroom 5.  The parties shall file a joint status report by
8 | October 16, 2017.
9 |       IT IS SO ORDERED.
10 | Dated:  August 15, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE