PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone: (818) 883-4900
Fax: (818) 883-4902
Email: peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone: (213) 599-8255
Fax: (213) 402-3949
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Sarmad Syed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>M-I LLC, a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation, and Does 1 through 10,<br><br>    Defendants. | **Case No. 1:14-cv-00742-WBS-BAM**<br><br>**Order to Request to Appear Telephonically to the Status Conference**<br><br><br>**Date:** October 23, 2017<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 5 |

**[Proposed] Order to Request to Appear Telephonically to the Status Conference**

1

Having reviewed the Request to Appear Telephonically to the Status Conference scheduled for October 23, 2017 at 1:30 p.m., and for good cause shown, it is hereby Ordered:

Plaintiff's Request to Appear Telephonically is Granted. Peter Dion-Kindem's best available number to be reached is 818-429-3553. Lonnie C. Blanchard, III's best available number to be reached is 213-479-6460. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: October 13, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE