PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone: (818) 883-4900
Fax: (818) 883-4902
Email: peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone: (213) 599-8255
Fax: (213) 402-3949
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Sarmad Syed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>M-I LLC, a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation, and Does 1 through 10,<br><br>Defendants. | **Case No. 1:14-cv-00742-WBS-BAM**<br>**Order** |

Having reviewed the Joint Status Report, and for good cause shown, it is hereby Ordered:

The Status Conference scheduled on October 23, 2017 at 1:30 p.m. is continued to **January 29, 2018 at 1:30 p.m.** and the case stayed until the Petition is decided. A Further Joint Status Report shall be filed no later than **January 16, 2018**.

Dated: October 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[Proposed] Order to Joint Status Report**

1