MORGAN, LEWIS & BOCKIUS LLP
Jason S. Mills, Bar No. 225126
jason.mills@morganlewis.com
Joseph V. Marra III, Bar No. 238181
joseph.marra@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Alexis M. Gabrielson, Bar No. 298738
alexis.gabrielson@morganlewis.com
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax: +1.714.830.0700

Attorneys for Defendant
M-I, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>M.I., L.L.C. a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 1:14-cv-00742-WBS-BAM<br><br>**ORDER ON DEFENDANT M-I, LLC'S REQUEST FOR TELEPHONIC APPEARANCE AT STATUS CONFERENCE**<br><br>Date: January 29, 2018<br>Time: 1:30 P.M.<br>Judge: Hon. William B. Shubb<br>Courtroom: 5 |

Upon consideration of Defendant M-I, LLC's Request to Appear Telephonically ("Request") at the Status Conference scheduled for January 29, 2018 at 1:30 p.m. in Courtroom 5, and for good cause shown, it is hereby ORDERED:

Defendant's Request is GRANTED. Counsel for Defendant can be reached directly at (213) 612-7494 on the day of the Status Conference. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: January 18, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

F:\2018-01-18\Proposed Order - Case No. 14-00742.docx

2

[PROPOSED] ORDER TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE
1:14-CV-00742-WBS-BAM