PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P.C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone:   (818) 883-4900
Email: peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3579 East Foothill Blvd., No. 338
Pasadena, CA 91107
Telephone:   (213) 599-8255
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Sarmad Syed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>M-I LLC, a Delaware Limited Liability Company, *et al.*,<br><br>    Defendants. | **Case No. 1:14-cv-00742-WBS-BAM**<br><br>**Order Granting Joint Request to Continue Date to File Motion for Preliminary Approval** |

Having read the parties' joint request to continue the date in which to file the motion for preliminary approval, IT IS HEREBY ORDERED that the current date for the filing of a preliminary approval motion be continued to February 4, 2019.   The Status Conference currently set on February 25, 2019 at 1:30 PM shall remain, to be automatically vacated upon the filing of the motion seeking approval of settlement. A Joint Status Report shall be filed no later than February 11, 2019 if the motion has not been filed.

///

**[Proposed] Order Granting Joint Request to Continue Date to File Motion for Preliminary Approval**

1

IT IS SO ORDERED.

Dated: January 3, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[Proposed] Order Granting Joint Request to Continue Date to File Motion for Preliminary Approval**

2