PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone:   (818) 883-4900
Email:            peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3579 East Foothill Blvd., No. 338
Pasadena, CA 91107
Telephone:   (213) 599-8255
Fax:              (213) 402-3949
Email:            lonnieblanchard@gmail.com

Attorneys for Plaintiff Sarmad Syed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>       vs.<br><br>M-I LLC, a Delaware Limited Liability Company, *et al*.,<br><br>       Defendants. | **Case No. 1:14-cv-00742-WBS-BAM**<br>**CLASS ACTION**<br><br>**Notice of Motion and Motion for Preliminary Approval of Class Action Settlement**<br><br>Date:    March 11, 2019<br>Time:   1:30 p.m. |

PLEASE TAKE NOTICE that on March 11, 2019 at 1:30 p.m., or as soon thereafter as may be heard before William B. Shubb at the United States Courthouse, 501 I Street, Courtroom 5, 14th Floor, Sacramento, CA 95814, Plaintiff Sarmad Syed ("Plaintiff" or "Class Representative")  will and hereby does move the Court for an Order:

1. Certifying the Settlement Class, for settlement purposes only;

2. Preliminarily approving the "Joint Stipulation of Class Action Settlement" (attached as Exhibit 1

**Notice of Motion and Motion for Preliminary Approval of Class Action Settlement**

1

to the Declaration of Peter R. Dion-Kindem in support of this motion);

3. Appointing Plaintiff Sarmad Syed as Class Representative for the Settlement Class;

4. Appointing Peter R. Dion-Kindem of The Dion-Kindem Law Firm and Lonnie C. Blanchard, III of The Blanchard Law Group, APC as Class Counsel ("Plaintiff's Counsel" or "Class Counsel");

5. Approving the form and content of the Notice attached as Exhibit A to the Settlement Agreement;

6. Approving the notice procedures set forth in the Settlement;

7. Directing that notice be given to the Settlement Class as provided in the Settlement; and

8. Scheduling a final fairness hearing.

This motion is made on the grounds that: (1) the Settlement Class meets all of the requirements for class certification under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure; (2) the Settlement is fair, adequate, and reasonable as required under Rule 23(e); (3) Plaintiff and Class Counsel are adequate to represent the Settlement Class as required by Rule 23(a)(4) and (g); (4) the notice procedures and related forms comport with all relevant due process and Rule 23(c)(2)(B) requirements; and (5) based on the foregoing, notice should be directed to the Settlement Class and a final fairness hearing should be scheduled.

This motion is based on this notice of motion and motion, the Memorandum of Points and Authorities in support thereof, the declarations of Peter R. Dion-Kindem, Lonnie C. Blanchard, III, all accompanying exhibits, all papers currently on file with this Court, and such further evidence and arguments as may be presented at hearing.

Dated: February 4, 2019      THE DION-KINDEM LAW FIRM

BY: _____
PETER R. DION-KINDEM, P.C.
PETER R. DION-KINDEM
Attorney for Plaintiff Sarmad Syed

**Notice of Motion and Motion for Preliminary Approval of Class Action Settlement**

2