PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone:    (818) 883-4900
Email: peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3579 East Foothill Blvd., No. 338
Pasadena, CA 91107
Telephone:    (213) 599-8255
Fax:          (213) 402-3949
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Sarmad Syed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarmad Syed, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>M-I LLC, a Delaware Limited Liability Company, PreCheck, Inc., a Texas Corporation, and Does 1 through 10,<br><br>    Defendants. | **Case No. 1:14-cv-00742-WBS-BAM**<br><br>**Order Granting Request to Appear Telephonically to the Motion for Final Approval Hearing**<br><br><br>**Date:**     August 5, 2019<br>**Time:**     1:30 p.m.<br>**Place:**    Courtroom 5 |

**[Proposed] Order Granting Request to Appear Telephonically to the Motion for Final Approval Hearing**

1

Having reviewed the Request to Appear Telephonically to the Motion for Final Approval Hearing scheduled for August 5, 2019 at 1:30 p.m., and for good cause shown, it is hereby Ordered:

Plaintiff's Request to Appear Telephonically is Granted. Peter Dion-Kindem's best available number to be reached is 818-429-3553. Lonnie C. Blanchard, III's best available number to be reached is 213-479-6460. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: July 2, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[Proposed] Order Granting Request to Appear Telephonically to the Motion for Final Approval Hearing**

2